**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Enrique GOMEZ–BRINGAS, aka Henry Gomez–Bringas, aka Henry Gomez Bringas, Defendant—Appellant.**

No. 03–10416.

D.C. No. CR–03–00077–JSW.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 24, 2004.

Hannah Horsley, Phillip J. Kearney, USSF—Office of The U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

*  This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Barry J. Portman, David Fermino, FPDCA—Federal Public Defender's Office (San Francisco), San Francisco, CA, for Defendant–Appellant.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

MEMORANDUM**

Enrique Gomez–Bringas appeals the sentence imposed following his guilty plea for illegal re-entry by an alien after deportation in violation of 8 U.S.C. § 1326.

Gomez–Bringas contends that the district court erred in imposing a sentence that was not at the low end of the applicable Guidelines Range, because the sentence was based upon the impermissible ground of his prior arrest record. Because "[p]urely discretionary decisions authorized by the Guidelines, such as ... the choice of sentence within a guideline range, are not reviewable on appeal," *United States v. Khaton*, 40 F.3d 309, 311 (9th Cir.1994), Gomez–Bringas's appeal is

**DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

